

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Andrea Andrews<br><br>                        **Plaintiff,**<br>                V.<br><br>ANDREW SAUL, Commissioner of Social Security, Social Security Administration<br><br>                        **Defendant.** | Civil Action No. 19-cv-01873-BEN-MDD<br><br><br>**JUDGMENT IN A CIVIL CASE** |

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

The Court ADOPTS the Report and Recommendation. Plaintiffs motion for summary judgment is DENIED. Defendant's cross-motion for summary judgment is GRANTED. Accordingly, the Commissioner of the Social Security Administration's final decision is AFFIRMED. The Clerk shall enter judgment accordingly and terminate the case.

| | |
|---|---|
| **Date:**  11/13/20 | **CLERK OF COURT**<br>**JOHN MORRILL, Clerk of Court**<br>By: s/ M. Exler<br>                            M. Exler, Deputy |